Everett J. Cygal (*pro hac vice forthcoming*)
Daniel J. Schufreider (*pro hac vice forthcoming*)
**ARENTFOX SCHIFF LLP**
233 South Wacker Drive, Suite 7300
Chicago, IL 60606
Telephone: 312.258.5500
Facsimile: 312.258.5600
everett.cygal@afslaw.com
daniel.schufreider@afslaw.com

Aram Ordubegian (SBN 185142)
Christopher K.S. Wong (SBN 308048)
**ARENTFOX SCHIFF LLP**
555 South Flower Street, 43rd Floor
Los Angeles, CA 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401
aram.ordubegian@afslaw.com
christopher.wong@afslaw.com

Counsel for The Catholic Mutual Relief Society of America and Catholic Relief Insurance Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California Corporation Sole,<br><br>Debtor and Debtor-In-Possession. | Case No. '26CV5985 CAB JLB<br><br>**DECLARATION OF ARAM ORDUBEGIAN IN SUPPORT OF CATHOLIC MUTUAL'S MOTION TO FIX VENUE UNDER 28 U.S.C. §§ 157(b)(5) AND 1334(b) AND TO REFER CLAIM OBJECTIONS TO BANKRUPTCY COURT FOR PROPOSED FINDINGS AND CONCLUSIONS; DECLARATION OF ARAM ORDUBEGIAN IN SUPPORT**<br><br>(Related Bankruptcy Case No. 24-02202-CL11, Hon. Christopher B. Latham)<br><br>Date: To Be Determined<br>Time: To Be Determined |

**DECLARATION OF ARAM ORDUBEGIAN**

I, Aram Ordubegian, declare as follows:

1. I am a partner at the firm ArentFox Schiff LLP ("AFS"), a law firm that employs over 600 attorneys and maintains an office for the practice of law at 555 South Flower Street, 43rd Floor, Los Angeles, CA 90071, as well as offices in San Francisco, CA, Chicago, IL, Ann Arbor, MI, Washington, DC, Boston, MA, and New York, NY. I have personal knowledge of the facts stated in this declaration.

2. I am one of the attorneys for Catholic Mutual Relief Society of America and Catholic Relief Insurance Company (collectively, "Catholic Mutual") in this case.

3. I submit this Declaration in support of the Motion to Fix Venue Under 28 U.S.C. §§ 157(b)(5) and 1334(b) and to Refer Claim Objections to Bankruptcy Court for Proposed Findings and Conclusions (the "Motion") and the Memorandum of Points and Authorities in Support of the Motion (the "Memorandum"). All capitalized terms used herein shall have the meaning ascribed to them in the Motion and Memorandum unless otherwise defined.

4. Attached to this Declaration are the **Exhibits** referred to in the Memorandum.

5. **Exhibit 1** to the Memorandum is a true and correct List of Unresolved Claim Objections and State Court Actions Sought to Be Transferred under § 157(b)(5).

6. **Exhibit 2** to the Memorandum is a true and correct copy of the JCCP 5105 Minute Order entered 12/02/2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Tuesday, October 20, 2026 in Los Angeles, California.

*<u>/s/ Aram Ordubegian</u>*
Aram Ordubegian