# INDEX OF EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | List of Unresolved Claim Objections and State Court Actions Sought to Be Transferred under 157(b)(5) | 4 -18 |
| 2 | JCCP 5105 Minute Order, dated 12/02/2021 | 19 -26 |