# EXHIBIT 1

Unresolved Claim Objections and State Court Actions Sought to Be Transferred under 157(b)(5)[1]

[1] Some POCs are related to the same underlying state court complaint. *See*, *e.g.*, POC 20698 and 20700. Some POCs are not associated with any identifiable state court complaint. *See, e.g.,* POCs 20045, 20155, 20157, 20332, 20367, 20493, 20728, 20777, 20778, 20228 (20012), 20368 (20324). In these instances, the Column "State Court No." notes "No Complaint Found."

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **1.** | 20015 | NAME ON FILE | The Roman Catholic Bishop of San Diego, a Corporation Sole; and Does 2 through 100, inclusive | San Diego | 37-2022-00049123-CU-PO-CTL |
| **2.** | 20045 | NAME ON FILE | | | No Complaint Found |
| **3.** | 20059 | NAME ON FILE | Roman Catholic Bishop of San Diego, a Corporation Sole; Cathedral Catholic High School, Roman Catholic Services Corporation for Parishes and Schools of San Diego and Imperial Counties, and Defendants Does 1 through 100 inclusive | San Diego | 37-2022-00048835-CU-PO-CTL |
| **4.** | 20061 | NAME ON FILE | Defendant Doe Diocese; Defendant Doe, Diocese 2; Defendant Doe School District; and Does 4 through 100, inclusive | San Diego | 37-2022-00050286-CU-PO-CTL |
| **5.** | 20064 | NAME ON FILE | Defendant Doe 1, Diocese; Defendant Doe 2, Parish; Defendant Doe 3, Order 1; Defendant Doe 4, Order 2; and Does 5 through 100, inclusive | San Diego | 37-2022-00048880-CU-PO-CTL |
| **6.** | 20076 | NAME ON FILE | Defendant Doe Diocese; Defendant Doe Parish 1; Defendant Doe Parish 2; Defendant Doe Parish 3; Defendant Doe, Defendant Doe Parish 6; Defendant Doe Parish 7; Defendant Doe Parish 8; Defendant Doe Parish 9; Defendant Doe Parish 10 and Does 1 through 100, inclusive | San Diego | 37-2022-00024495-CU-PO-CTL |
| **7.** | 20091 | NAME ON FILE | Doe 1, Diocese; Doe 2, Order; Doe 3, Parish and Does 4-100 inclusive | San Diego | 3F-2023-00024927-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **8.** | 20123 | NAME ON FILE | Doe 1, Bishop; Doe 2, Diocese 2; Doe 3, Parish; Doe 4, Diocese 2; and Does 5-100, inclusive | San Diego | 37-2020-00000321-CU-PO-CTL |
| **9.** | 20124 | NAME ON FILE | Doe 1, Diocese; Doe 2, Parish; and Does 3-100, inclusive | San Diego | 37-2023-00026042-CU-PO-CTL |
| **10.** | 20131 | NAME ON FILE | Defendant Doe Diocese; Defendant Doe, Parish 1; Defendant Doe Parish 2; and Does 1 through 100, inclusive | San Diego | 37-2024-00028074-CU-PO-CTL |
| **11.** | 20132 | NAME ON FILE | Defendant Doe Diocese; Defendant Doe, Parish 1; Defendant Doe Parish 2; and Does 1 through 100, inclusive | San Diego | 37-2024-00028074-CU-PO-CTL |
| **12.** | 20138 | NAME ON FILE | Defendant Doe 1, Diocese; Defendant Doe 2, Parish; and Does 3 through 100, inclusive | San Diego | 37-2023-00025871-CU-PO-CTL |
| **13.** | 20144 | NAME ON FILE | Defendant Doe 1, a California Corporation Sole; and Doe 2, an Illinois Corporation of Form Unknown: and Does 3 through 100, inclusive | San Diego | 37-2020-00021870-CU-PO-CTL |
| **14.** | 20148 | NAME ON FILE | Doe 1, a California Corporation Sole; Doe 2, a California non-profit religious corporation; Doe 3, a California Corporation Sole; Doe 4, an individual and Does 5-50, inclusive | San Diego | 37-2020-00030365-CU-PO-CTL |
| **15.** | 20149 | NAME ON FILE | Roman Catholic Bishop of San Diego, a California Corporation Sole; Pastor of Saint Columba Catholic Parish in San Diego, a California Corporation Sole, The Companions of the Cross, a Texas non-profit | San Diego | 37-2022-00049955-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| | | | religious corporation, and Does 1-100, inclusive | | |
| **16.** | 20154 | NAME ON FILE | Doe 1, a California Corporation Sole, and Does 2-100, inclusive | San Diego | 37-2022-00049956-CU-PO-CTL |
| **17.** | 20155 | NAME ON FILE | | | No Complaint Found |
| **18.** | 20157 | NAME ON FILE | | | No Complaint Found |
| **19.** | 20158 | NAME ON FILE | Doe 1, a California Corporation Sole; Doe 2, a religious entity form unknown; and Does 3-100, inclusive | San Diego | 37-2022-00049181-CU-MT-CTL |
| **20.** | 20173 | NAME ON FILE | Doe 1, a California Corporation Sole; and Does 2-100, inclusive | San Diego | 37-2022-00050254-CU-PO-CTL |
| **21.** | 20175 | NAME ON FILE | Doe 1; Doe 2; Doe 3, and Does 4 to 100, Inclusive | Riverside | CVPS2204925 |
| **22.** | 20177 | NAME ON FILE | Doe Diocese; Doe Parish; Doe Perpetrator; and Does 1 to 100, inclusive | San Diego | 37-2022-00049714-CU-PO-CTL |
| **23.** | 20183 | NAME ON FILE | Doe 1, a California Corporation Sole; and Does 2-100, inclusive | San Diego | 37-2022-00048493-CU-PO-CTL |
| **24.** | 20218 | NAME ON FILE | Doe 1 Diocese, a California Corporation Sole; Doe 2, a religious entity form unknown; and Does 3-100, inclusive | San Diego | 37-2022-00050779-CU-MT-CTL |
| **25.** | 20243 | NAME ON FILE | Doe 1, A Corporation Sole, Doe 2, A Nonprofit Corporation, Doe 3, A Religious Entity Form Unknown, and Doe 4 through Doe 100 | San Diego | 37-2023-00025417-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **26.** | 20248 | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Corporation Sole, Doe 3, a religious entity form unknown and Doe 4-100 | San Diego | 37-2023-00026206-CU-PO-CTL |
| **27.** | 20252 | NAME ON FILE | Doe 1 Diocese; Doe 2 Parish; Doe 3 14 School; Doe 4 Religious Order; and Does 5 through 100, inclusive | San Diego | 37-2022-00046670-CU-PO-CTL |
| **28.** | 20253 | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Non-Stock Corporation, and Doe 3 through Doe 100 | San Diego | 37-2022-00044398-CU-PO-CTL |
| **29.** | 20266 | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Corporation Sole, and Doe 3 through 100 | San Diego | 37-2022-00051470-CU-PO-CTL |
| **30.** | 20268 | NAME ON FILE | Doe 1, a religious corporation sole; Doe 2, a religious Corporation Sole, and Doe 3-12, inclusive | San Bernardino | CIVDS 1936029 |
| **31.** | 20270 | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Corporation Sole, and Doe 3 through Doe 100 | San Diego | 37-2022-00046863-CU-PO-CTL |
| **32.** | 20271 | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Non-Profit Religious Corporation, Doe 3 a Non-Profit Religious Corporation, and Doe 4 through Doe 100 | San Diego | 37-2022-00043524-CU-PO-CTL |
| **33.** | 20288 | NAME ON FILE | Doe 1 (Diocese), a Corporation Sole; Doe 2 (School); and Does 3 through 100, inclusive | San Diego | 37-2022-00049261-CU-PO-CTL |
| **34.** | 20290 | NAME ON FILE | Doe 1 (Diocese), a Corporation Sole; Doe 2 (Parish); and Does 3 through 100, inclusive | San Diego | 37-2022-00049781-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **35.** | 20293 | NAME ON FILE | Roman Catholic Bishop of San Diego (Diocese), a California Corporation Sole; Most Precious Blood Catholic Church (Parish); Missionary Oblates of Mary Immaculate Inc. (Order); and Does 40-100 inclusive | San Diego | 24CU011267C |
| **36.** | 20296 | NAME ON FILE | Doe 1 (Diocese), a Corporation Sole; Doe 2 (Parish); and Does 3 through 100, inclusive | San Diego | 37-2022-00045188-CU-PO-CTL |
| **37.** | 20297 | NAME ON FILE | Doe 1, a Corporation Sole Doe 2, a Corporation Sole, and Doe 3 through Doe 100 | San Diego | 37-2022-00042994-CU-PO-CTL |
| **38.** | 20301 | NAME ON FILE | Doe 1 (Diocese), a Corporation Sole; Doe 2 (School); and Does 3 through 100, inclusive | San Diego | 37-2023-00026222-CU-PO-CTL |
| **39.** | 20309 | NAME ON FILE | Doe 1 (Diocese), a Corporation Sole; Doe 2 (School); and Does 3 through 100, inclusive | San Diego | 37-2023-00010058-CU-PO-CTL |
| **40.** | 20316 | NAME ON FILE | Doe 1, a California Corporation Sole; Doe 2, a religious entity form unknown; and Does 3-100, inclusive | San Diego | 37-2022-00050549-CU-MT-CTL |
| **41.** | 20318 | NAME ON FILE | Doe 1, a California Corporation Sole; Doe 2, a religious entity form unknown; and Does 3-100, inclusive | San Diego | 37-2022-00050950-CU-MT-CTL |
| **42.** | 20319 | NAME ON FILE | Doe 1, a California Corporation Sole; Doe 2, a religious entity form unknown; and Does 3-100, inclusive | San Diego | 37-2022-00050964-CU-MT-CTL |
| **43.** | 20331 | NAME ON FILE | Doe 1 Diocese; Doe 2 Parish; and Does 3-100, inclusive | San Diego | 37-2022-00047931-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **44.** | 20332 | NAME ON FILE | | | No Complaint Found |
| **45.** | 20344 | NAME ON FILE | The Roman Catholic Bishop of San Diego, a Corporation Sole; Pastor of Saint Mark Catholic Parish in San Marcos, California, a Corporation Sole; and Does 3–100, inclusive | San Diego | 37-2022-00049430-CU-MT-CTL |
| **46.** | 20356 | NAME ON FILE | Defendant Doe 1, Diocese I; Defendant Doe 2, Diocese 2; and Defendant Does 3 through 100, inclusive | San Diego | 37-2023-00020258-CU-PO-CTL |
| **47.** | 20360 | NAME ON FILE | Defendant Doe 1; AND Does 2 through 100, inclusive | Los Angeles | 20STCV06040 |
| **48.** | 20367 | NAME ON FILE | | | No Complaint Found |
| **49.** | 20371 | NAME ON FILE | Doe 1 Diocese, a Corporation Sole; Doe 2, Parish, a Corporation Sole; and Does 3-100, inclusive | San Diego | 37-2022-00041020-CU-PO-CTL |
| **50.** | 20485 | NAME ON FILE | Doe 1, a Corporation Sole; Doe 2, a religious educational entity; Doe 3, a religious nonprofit corporation; Doe 4, a religious nonprofit corporation; Doe 5, an individual, Doe 6, an Individua l; and Does 7 through 100, inclusive | San Diego | 37-2021-00053357-CU-PO-CTL |
| **51.** | 20486 | NAME ON FILE | Doe 1, a Corporation Sole; Doe 2, a Corporation Sole; Doe 3, a religious educational entity; Doe 4, a religious nonprofit corporation; Doe 5, a religious nonprofit corporation; Doe 6, a foreign nonprofit | San Diego | 37-2022-00040558-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| | | | corporation (and religious order); and Does 7 through 100, inclusive | | |
| **52.** | 20489 | NAME ON FILE | Doe 1, a Corporation Sole; Doe 2, a Corporation Sole; Doe 3, a religious educational entity; Doe 4, a Corporation Sole; and Does 5 through 100, inclusive | San Diego | 37-2022-00038375-CU-PO-CTL |
| **53.** | 20493 | NAME ON FILE | | | No Complaint Found |
| **54.** | 20562 | NAME ON FILE | Doe 1 Diocese, a Corporation Sole; Doe 2, Diocese, a Corporation Sole; Doe 3 Parish, a religious entity form unknown; Doe 4 School, a religious entity form unknown; and Does 5-100, inclusive | San Diego | 37-2022-00014963-CU-PO-CTL |
| **55.** | 20592 | NAME ON FILE | Doe 1 Religious Order, a religious nonprofit corporation; Doe 2 Diocese, a Corporation Sole; and Does 3-100, inclusive | San Diego | 37-2022-00029095-CU-PO-CTL |
| **56.** | 20610 | NAME ON FILE | Doe 1, Diocese, a California Corporation sole; Doe 2, Parish, a California Corporation sole; Doe 3, a California Nonprofit Religious Corporation; Doe 4, Religious Order, a California Corporation; and Does 5 through 100, inclusive | San Diego | 37-2022-00035183-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **57.** | 20614 | NAME ON FILE | Doe 1, Diocese, a California Corporation sole; Doe 2, Religious Order 1, a California Nonprofit Religious Corporation; Doe 3, Religious Order 2, an Indiana Domestic Nonprofit Corporation; | San Diego | 37-2022-00039489-CU-PO-CTL |
| **58.** | 20617 | NAME ON FILE | The Roman Catholic Bishop of San Diego, a California Corporation sole;<br>Pastor of Ascension Catholic<br>Parish in San Diego, California, a<br>California Corporation sole; Ascension Catholic Parish in San Diego, California, a Real Property Support Corporation, a California Nonprofit Religious Corporation; and Does 4 through 100, inclusive | San Diego | 37-2022-00037645-CU-PO-CTL |
| **59.** | 20626 | NAME ON FILE | Doe 1, Diocese, a California Corporation sole; Doe 2, Parish, an entity of unknown form; Doe 3, Religious Order, a Corporation; and Does 4 through 100, inclusive | San Diego | 37-2022-00047675-CU-PO-CTL |
| **60.** | 20643 | NAME ON FILE | Doe 1, Diocese 1, a California Corporation sole; Doe 2, Diocese 2, a Kansas Not-For-Profit Corporation; Doe 3, School, an entity of unknown form; and Does 4 through 100, inclusive | San Diego | 37-2022-00039517-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **61.** | 20645 | NAME ON FILE | Doe 1, Diocese, a California Corporation sole; Doe 2, Parish, a California Corporation sole; Doe 3, a California Nonprofit Religious Corporation; Doe 4, Perpetrator, an individual; and Does 5 through 100, inclusive | San Diego | 37-2022-00039340-CU-PO-CTL |
| **62.** | 20646 | NAME ON FILE | Doe 1, Diocese, a California Corporation sole; Doe 2, Parish, a California Corporation sole; Doe 3, a California Nonprofit Religious Corporation; and Does 4 through 100, inclusive | San Diego | 37-2022-00040044-CU-PO-CTL |
| **63.** | 20654 | NAME ON FILE | Doe 1, Diocese 1, a California Corporation sole; Doe 2, Diocese 2, a California Corporation sole; Doe 3, Parish, an entity of unknown form; and Does 4 through 100, inclusive | San Diego | 37-2022-00042492-CU-PO-CTL |
| **64.** | 20659 | NAME ON FILE | Defendant Doe 1, Diocese; Defendant Doe 2, School, Defendant Doe 3, Order; and Does 4 through 100, inclusive | San Diego | 37-2022-00050471-CU-PO-CTL |
| **65.** | 20666 | NAME ON FILE | Defendant Doe 1, Diocese; Defendant Doe 2, School, Defendant Doe 3, Order; and Does 4 through 100, inclusive | San Diego | 37-2022-00047696-CU-PO-CTL |
| **66.** | 20675 | NAME ON FILE | Doe 1, Diocese, a California Corporation sole; Doe 2, Parish, a California Corporation sole; Doe 3, a California Corporation; Doe 4, Religious Order, a Corporation; and Does 5 through 100, inclusive | San Diego | 37-2022-00047681-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **67.** | 20678 | NAME ON FILE | Doe 1, Diocese, a California Corporation sole; Doe 2, Parish, a California Corporation sole; Doe 3, a California Corporation; Doe 4, Religious Order, a California Corporation; and Does 5 through 100, inclusive | San Diego | 37-2022-00047712-CU-PO-CTL |
| **68.** | 20698 | NAME ON FILE | John Doe 1, A Local Council of the Boy Scouts of America; Doe 2 Diocese, a California Corporation, sole; Doe 3, a Utah corporation, sole; and Does 4 - 100, inclusive whose identities unknown to Plaintiffs | San Diego | 37-2022-00051658-CU-PO-CTL |
| **69.** | 20700 | NAME ON FILE | JOHN Doe 1, A Local Council of the Boy Scouts of America; Doe 2 Diocese, a California Corporation, sole; Doe 3, a Utah corporation, sole; and Does 4 - 100, inclusive whose identities unknown to Plaintiffs | San Diego | 37-2022-00051658-CU-PO-CTL |
| **70.** | 20704 | NAME ON FILE | Doe Defendant 1; Doe Defendant, 2; Doe Defendant 3; Doe Defendant 4; and Does 5 through 10, inclusive | San Diego | 37-2022-00034488-CU-PO-CTL |
| **71.** | 20707 | NAME ON FILE | Doe 1, a California Corporation Sole; and Does 2-100, | San Diego | 37-2022-00051196-CU-PO-CTL |
| **72.** | 20710 | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a religious entity form unknown, and Doe 3 through SO, inclusive | San Bernardino | CIVSB 2221454 |
| **73.** | 20722 | NAME ON FILE | Doe 1, A Corporation Sole, Doe 2, A Nonprofit Corporation, Doe 3, A Religious Entity Form Unknown, and Doe 4 through Doe 100 | San Diego | 37-2022-00052102-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **74.** | 20726 | NAME ON FILE | Doe 1, Diocese and Does 2 through 100, inclusive | San Diego | 37-2022-00050251-CU-PO-CTL |
| **75.** | 20728 | NAME ON FILE | | | No Complaint Found |
| **76.** | 20731 | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Religious entity form unknown, and Doe 3 through Doe 100. | San Diego | 37-2022-00043392-CU-PO-CTL |
| **77.** | 20736 | NAME ON FILE | Defendant Doe 1, Parish and Does 1 through 100, inclusive | San Diego | 37-2022-00050510-CU-PO-CTL |
| **78.** | 20762 | NAME ON FILE | Doe 1 Diocese, a Corporation Sole; Doe 2 Diocese, a Corporation Sole; Doe 3 Parish, a religious entity for unknown; Doe 4 Order of the Friars Minor Conventual, a religious entity form unknown; and Does 5-100 Inclusive | San Bernardino | CIVSB2223626 |
| **79.** | 20774 | NAME ON FILE | The Roman Catholic Diocese of San Diego, a business organization, form unknown; Roman Catholic Diocese of San Diego, a business organization, form unknown; Cathedral Catholic High School, a business organization, form unknown; Catholic Charities, Diocese of San Diego, a corporation; Catholic Secondary Education Diocese of San Diego Incorporated, a corporation; Diocese of San Diego Education & Welfare Corporation, a corporation; The Roman Catholic Services Corporation For Parishes and Schools of San Diego and Imperial | San Diego | 37-2022-00052187-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| | | | Counties, a corporation; Roman Catholic Bishop of San Diego, a business organization, form unknown; Catholic Community Foundation of San Diego, a business organization, form unknown; and Catholic Charities, a corporation | | |
| **80.** | 20775 | NAME ON FILE | Defendant Doe 1, Diocese; Defendant Doe 2, Parish; and Does 3 through 100, inclusive | San Diego | 37-2023-00025437-CU-PO-CTL |
| **81.** | 20777 | NAME ON FILE | | | No Complaint Found |
| **82.** | 20778 | NAME ON FILE | | | No Complaint Found |
| **83.** | 20205 (20189) | NAME ON FILE | Defendant Doe 1, Diocese; Defendant Doe 2, Parish; Defendant Doe 3, Order; Defendant Doe 4, Perpetrator; Defendant Doe 5, Perpetrator; Defendant Doe 6, Perpetrator; Defendant Doe 7, Perpetrator; and Does 8 through 100, inclusive | San Diego | 37-2022-00046392-CU-PO-CTL |
| **84.** | 20209 (20194) | NAME ON FILE | Defendant Doe 1, Diocese; Defendant Doe 2, Parish; Defendant Doe 3, Order; Defendant Doe 4, Perpetrator; and Does 5 through 100, inclusive | San Diego | 37-2022-00051132-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| **85.** | 20210 (20195) | NAME ON FILE | Defendant Doe Diocese; Defendant Doe Parish 1; Defendant Doe Parish 2; Defendant Doe Parish 3; Defendant Doe Parish 4; Defendant Doe Parish 5; Defendant Doe Parish 6; Defendant Doe Parish 7; Defendant Doe Parish 8; Defendant Doe Parish 9; Defendant Doe Parish 10 and Does 1 through 100, inclusive | San Diego | 37-2023-00016810-CU-PO-CTL |
| **86.** | 20228 (20012) | NAME ON FILE | | | No Complaint Found |
| **87.** | 20368 (20324) | NAME ON FILE | | | No Complaint Found |
| **88.** | 20475 (20197; 20212) | NAME ON FILE | Doe 1, Diocese; Doe 2 Parish/School; Doe 3, Order; Doe 4, Perpetrator; and Does 5-100, inclusive | San Diego | 24CU031524C |
| **89.** | 20481 (20329) | NAME ON FILE | Doe 1, Doe 2, Does 3 through 100, inclusive | San Diego | 37-2022-00022779-CU-PO-CTL |
| **90.** | 20579 (20018) | NAME ON FILE | Doe 1, A Corporation Sole, Doe 2, A Religious Entity Form Unknown, Doe 3, A Nonprofit Corporation, and Doe 4 through Doe 100 | San Diego | 37-2022-00045691-CU-PO-CTL |
| **91.** | 20583 (20019) | NAME ON FILE | Doe 1, A Corporation Sole, Doe 2, A Religious Entity Form Unknown, Doe 3, A Non-Profit Religious Corporation, and Doe 4 through Doe 100 | San Diego | 37-2022-00042292-CU-PO-CTL |
| **92.** | 20588 (20021) | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Religious Entity Form Unknown, Doe 3, a Religious Entity Form Unknown, and Doe 4 through Doe 100 | San Diego | 37-2022-00045806-CU-PO-CTL |
| **93.** | 20593 (20028) | NAME ON FILE | Doe 1, a Corporation Sole Doe 2, a Religious | San Diego | 37-2022-00049218-CU-PO-CTL |

| No. | POC # | Plaintiff | Defendant | County | State Court No. |
|---|---|---|---|---|---|
| | | | entity form unknown, and Doe 3 through Doe 100 | | |
| **94.** | 20597 (20033) | NAME ON FILE | Doe 1, a Corporation Sole; Doe 2, a Corporation Sole, and Doe 3-100 | San Diego | 37-2023-00025403-CU-PO-CTL |
| **95.** | 20599 (20036) | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Corporation Sole, and Doe 3 through Doe 100 | San Diego | 37-2022-00043157-CU-PO-CTL |
| **96.** | 20601 (20038) | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Corporation Sole, and Doe 3 through Doe 100. | San Diego | 37-2022-00043036-CU-PO-CTL |
| **97.** | 20602 (20039) | NAME ON FILE | Doe 1, a Corporation Sole, Doe 2, a Corporation Sole, and Doe 3 through Doe 100 | San Diego | 37-2022-00044701-CU-PO-CTL |
| **98.** | 20717 (20009; 20286) | NAME ON FILE | Doe Diocese, Doe Parish, and Doe 3 through Doe 100 | San Diego | 37-2022-00049441-CU-NP-CTL |
| **99.** | 20757 (20724) | NAME ON FILE | Doe 1 Diocese; Doe 2 Diocese; Doe 3, Parish; and Does 4 through 100, inclusive | San Diego | 37-2022-00046683-CU-PO-CTL |
| **100.** | 20780 (20681) | NAME ON FILE | Doe 1, Diocese, a California Corporation; Doe 2, School, and entity of unknown form; Doe 3, Perpetrator, an individual; and Does 4-100, inclusive | San Diego | 37-2022-00051376-CU-PO-CTL |
| **101.** | 20781 (20682) | NAME ON FILE | Doe 1, Diocese, a California Corporation; Doe 2, Parish, an entity of unknown form; and Does 3-100, inclusive | San Diego | 37-2022-00048818-CU-PO-CTL |