JEFFREY D. CAWDREY (SBN: 120488)
MEGAN M. ADEYEMO (TX BN: 24099595) (*PRO HAC VICE*)
KATHLEEN M. PATRICK (NY BN: 5638572)(*PRO HAC VICE*)
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, California 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
jcawdrey@grsm.com
madeyemo@grsm.com
kpatrick@grsm.com

Attorneys for Debtor
The Roman Catholic Bishop of San Diego

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California Corporation Sole,<br><br>Debtor. | Case No. 26-cv-5985 CAB JLB<br><br>Chapter 11<br><br>**DEBTOR'S LIMITED JOINDER TO CATHOLIC MUTUAL'S MOTION TO FIX VENUE UNDER 28 U.S.C. §§ 157(b)(5) AND 1334(b) AND TO REFER CLAIM OBJECTIONS TO BANKRUPTCY COURT FOR PROPOSED FINDINGS AND CONCLUSIONS**<br><br>(Related to Bankruptcy Case No. 24-02202-CL-11 pending before Hon. Christopher B. Latham)<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Courtroom: 15A<br>Judge: Cathy Ann Bencivengo |

TO: THE HONORABLE CATHY ANN BENCIVENGO, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES IN INTEREST:

The Roman Catholic Bishop of San Diego, a California corporation sole ("Debtor"), the debtor and debtor-in-possession in Bankruptcy Case No. 24-02202-CL11 pending in the United States

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Bankruptcy Court for the Southern District of California before the Honorable Christopher B. Latham., by and through its counsel, Gordon Rees Scully Mansukhani, LLP, hereby files this limited joinder to the *Motion to Fix Venue Under 28 U.S.C. §§ 157(b)(5) and 1334(b) and to Refer Claim Objections to Bankruptcy Court for Proposed Findings and Conclusions* [Docket No. 1] (the "Motion") filed by Catholic Mutual Society of America and Catholic Relief Insurance Company (together, "Catholic Mutual"). In support of this limited joinder, Debtor relies upon and incorporates by reference Catholic Mutual's *Motion to Fix Venue Under 28 U.S.C. §§ 157(b)(5) and 1334(b) and to Refer Claim Objections to Bankruptcy Court for Proposed Findings and Conclusions* [Docket No. 1].

Debtor joins in Catholic Mutual's request that this Court: (1) take jurisdiction of proofs of claim related to Category 3[1] (whether the claim originally asserted in the state court satisfied the statute of limitation) and Category 10[2] (whether a claim can validly assert a theory that the Diocese was negligent regarding foreseeable sexual misconduct, when the alleged perpetrator was accused of such misconduct for the first time in the subject claim) and certain objections thereto filed in the chapter 11 bankruptcy case pending as Case No. 24-02202-CL11 and captioned as In re: The Roman Catholic Bishop of San Diego; and (2) refer the objections to the proofs of claim to the Bankruptcy Court for proposed findings of fact and conclusions of law pursuant to 28 U.S.C. § 157(c)(1) and S.D. Cal. General Order 312-E.

Debtor submits that granting the relief sought with respect to the claim objections set forth in Category 3 and Category 10 that are the subject of the Motion will promote judicial efficiency and is in the best interests of Debtor and its bankruptcy estate.

WHEREFORE, Debtor therefore requests that the Court enter an order granting the Motion as joined herein and grant such other relief to which the parties are justly entitled.

/

/

/

/

---

[1] The identification of the Category 3 and Category 10 claims and objections is set forth in Catholic Mutual's Motion.

[2] Debtor did not file objections to claims set forth in Category 10.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Dated: November 16, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Jeffrey D. Cawdrey*

Jeffrey D. Cawdrey
Megan M. Adeyemo
Kathleen M. Patrick
Attorneys for Debtor,
The Roman Catholic Bishop of San Diego