Thomas E. Patterson (State Bar No. 130723)
Daniel J. Bussel (State Bar No. 121939)
Samuel M. Kidder (State Bar No. 284015)
Sasha M. Gurvitz (State Bar No. 301650)
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: tpatterson@ktbslaw.com
dbussel@ktbslaw.com
skidder@ktbslaw.com
sgurvitz@ktbslaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California Corporation Sole,<br><br>Debtor. | Case No. 3:26-cv-05985-CAB-JLB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO CMG'S VENUE MOTION**<br><br>(Related Bankruptcy Case No. 24-02202-CL11, Hon. Christopher B. Latham)<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Jill L. Burkhardt<br>Motion Date: November 24, 2026 |

The Official Committee of Unsecured Creditors (the "**Committee**") files this request for judicial notice in support of its opposition (the "**Opposition**"), filed concurrently herewith, to the *Motion to Fix Venue Under 28 U.S.C. §§ 157(b)(5) and 1334(b) and to Refer Claim Objections to Bankruptcy Court for Proposed Findings and Conclusions* [Doc. No. 1] (the "**Motion**").[1] The Committee respectfully requests that the Court take judicial notice of the following documents:

- Exhibits 1 through 6 attached hereto, consisting of: (i) records of the Superior Court of California, County of San Diego (the "**Superior Court**") in the proceeding captioned *In re San Diego Diocese Cases*, JCCP No. 5105, and (ii) a memorandum of law filed in another court in this District.

Courts may take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," and they must take judicial notice if a party supplies the Court with the necessary information. Fed. R. Evid. 201(b)–(c). A court may take judicial notice of "matters of public record," although not "disputed facts contained in such public records." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (citation and internal quotation marks omitted). In particular, courts may take judicial notice of the proceedings and records of other state and federal courts. *Fowler Packing Co. v. Lanier*, 844 F.3d 809, 813 n.2 (9th Cir. 2016) (judicial notice of filing of complaint in federal district court); *Cooper v. Newsom*, 13 F.4th 857, 861 (9th Cir. 2021) (judicial notice of California Superior Court documents); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (same).

---

[1] Terms capitalized but not defined herein have the meaning ascribed to them in the Opposition.

Each document of which the Committee seeks judicial notice is (1) a record of the Superior Court in the JCCP or of another court in this District, and (2) directly relevant to the matters at issue for the reasons mentioned in the Opposition. In particular, the Superior Court documents provide background and context regarding the JCCP and the progress of that proceeding so far. The document attached hereto as Exhibit 6 is a memorandum of law filed in this District that provides necessary context for an unpublished disposition of another court of this District, *In re Metabolife Int'l*, 2005 WL 8173410 (S.D. Cal. Nov. 3, 2005), that CMG relies on in support of the Motion. Mot. at 20–22.

An index of the documents of which the Committee seeks judicial notice is included below, and each of the documents is attached as an exhibit to this request. The exhibits are excerpted to include only relevant material pursuant to this Court's Civil Case Procedures, section II.D, but the Committee will provide unexcerpted versions on request.

Respectfully submitted,

DATED: November 16, 2026

**KTBS LAW LLP**

By: */s/ Sasha M. Gurvitz*

Thomas E. Patterson
Daniel J. Bussel
Samuel M. Kidder
Sasha M. Gurvitz
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: tpatterson@ktbslaw.com
dbussel@ktbslaw.com
skidder@ktbslaw.com
sgurvitz@ktbslaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**Index of Exhibits**

| | |
|---|---|
| 1 | Order Assigning Coordination Trial Judge, *In re Diocese of San Diego Cases*, JCCP No. 5105 (Jud. Council Cal. Sept. 14, 2020) |
| 2 | Case Management Order, *In re San Diego Diocese Cases*, JCCP No. 5105 (San Diego Super. Ct. Jan. 5, 2021) |
| 3 | Memorandum of Points and Authorities in Support of Omnibus Demurrer [*etc.*], *In re San Diego Diocese Cases*, JCCP No. 5105 (San Diego Super. Ct. Oct. 8, 2021) |
| 4 | Order Establishing Trial Dates for Representative Cases, *In re San Diego Diocese Cases*, JCCP No. 5105 (San Diego Super. Ct. Aug. 22, 2022) |
| 5 | Hearing Transcript, *In re San Diego Diocese Cases*, JCCP No. 5105 (San Diego Super. Ct. Sept. 30, 2026) |
| 6 | Memorandum of Points and Authorities in Support of Petition Under 28 U.S.C. § 157(b)(5) [*etc.*], *In re Metabolife Int'l*, No. 3:05-cv-01802 (S.D. Cal. Sept. 16, 2005) |