# EXHIBIT 1

**CHAIR, JUDICIAL COUNCIL OF CALIFORNIA**
**455 Golden Gate Avenue, San Francisco, CA 94102-3688**

FILED
Clerk of the Superior Court
SEP 25 2020
By:__________, Deputy

| | |
|---|---|
| Coordination Proceeding<br>Special Title (Rule 3.550)<br><br>**DIOCESE OF SAN DIEGO CASES** | JUDICIAL COUNCIL<br>COORDINATION PROCEEDING<br>NO. **5105** |

**ORDER ASSIGNING COORDINATION TRIAL JUDGE**

THE PRESIDING JUDGE of the Superior Court of California, County of San Diego, is hereby authorized to assign this matter to a judge of the court pursuant to Code of Civil Procedure section 404.3 and rule 3.540 of the California Rules of Court to sit as coordination trial judge to hear and determine the coordinated actions listed below, at the site or sites the judge finds appropriate. Immediately upon assignment, the coordination trial judge may exercise all the powers over each coordinated action of a judge of the court in which that action is pending.

**COORDINATED ACTIONS**

| COURT | NUMBER | SHORT TITLE |
|---|---|---|
| Superior Court of California County of San Bernardino | CIVDS2005350 | Jane SB-1 Doe v. The Roman Catholic Bishop of San Bernardino, et al. |
| Superior Court of California County of San Diego | 37-2020-00000284 | John Roe 57, et al. v. Defendant Doe 1, Diocese, et al. |

| COURT | NUMBER | SHORT TITLE |
|---|---|---|
| Superior Court of California County of San Diego | 37-2020-00000301 | Jane Roe 25, et al. v. Defendant Doe 1, Diocese, et al. |
| Superior Court of California County of San Diego | 37-2020-00000302 | Jane Roe 51, et al. v. Defendant Doe 1, Diocese, et al. |
| Superior Court of California County of San Diego | 37-2020-00000310 | Mayne, et al. v. Defendant Doe 1, Diocese, et al. |
| Superior Court of California County of San Diego | 37-2020-00000321 | John Roe 54 v. Defendant Doe 1, Diocese, et al. |
| Superior Court of California County of San Diego | 37-2020-00000325 | John Roe 55, et al. v. Defendant Doe 1, Diocese, et al. |
| Superior Court of California County of San Diego | 37-2020-00007156 | John Doe 103 v. Roe 1, et al. |
| Superior Court of California County of San Diego | 37-2020-0009464 | John Doe 101 v. Roe 1, et al. |

The coordination motion judge has designated the Court of Appeal, Second Appellate District, as the reviewing court having appellate and writ jurisdiction. (Code Civ. Proc., § 404.2; Cal. Rules of Court, rule 3.505(a).)

Pursuant to rules 3.501 and 3.540 of the California Rules of Court, every paper filed in a coordinated action must be accompanied by proof of submission of a copy thereof to the coordination trial judge at the following address:

Presiding Judge of the Superior Court of California,
County of San Diego
P.O. Box 122724
San Diego, CA 92112-2724

Pursuant to rule 3.511 of the California Rules of Court, a copy of every paper required to be transmitted to the Chair of the Judicial Council must be sent to the following address:

Chair, Judicial Council of California
Attn: Appellate Court Services
(Civil Case Coordination)
455 Golden Gate Avenue, 5th Floor
San Francisco, CA 94102-3688

Petitioner is directed to serve a copy of this order on (1) all parties to the included coordinated actions, and (2) the clerk of each court for filing in each included action, pursuant to rule 3.540(c) of the California Rules of Court.

Dated: September 14, 2020

T. Cantil-Sakauye

Chief Justice of California and
Chair of the Judicial Council