# EXHIBIT 4

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**08/22/2022** at 03:18:00 PM
Clerk of the Superior Court
By Melissa Reyes,Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| IN RE THE SAN DIEGO DIOCESE CASES | Case No. JCCP 5105<br><br>**~~[PROPOSED]~~ ORDER ESTABLISHING TRIAL DATES FOR RESPRESENTATIVE CASES**<br><br>Judge: Hon. Eddie Sturgeon<br>Coordination Trial Judge<br>Dept.: 67 |

# ORDER

Following discussion at the Case Management Conference held in Department 67 on July 21, 2022, This Court orders that the previously identified representative cases are set for trial as follows:

| Case No: | Plaintiff: | Trial Date: | Location: | Plaintiff Firm: |
|---|---|---|---|---|
| 37-2020-0000310 | John Roe 74 | 7/14/2023 | San Diego | Zalkin |
| 37-2021-00053147 | Maria Mendez | 9/29/2023 | San Diego | Herman |
| CIVDS 2017587 | Jane Doe 527 | 11/10/2023 | TBD | Winer |
| CIVDS 2020211 | David Nickell | 2/9/2024 | San Bernardino | Zalkin |
| 37-2021-00026473 | John Doe SD 1064 | 2/16/2024 | San Bernardino | Anderson |
| 37-2020-00325 | Luther Espy | 4/12/2024 | San Diego | Zalkin |

The six cases identified above are hereby released from the general stay of litigation governing the cases in this coordinated proceeding and may engage in full discovery and motion practice.

Motion hearings will be specially set to occur on Thursdays at 3:00 pm rather than through the Department's law and motion calendar. Discovery motions are to be heard by the Court-appointed discovery referee, Hon. William Pate, who will hear discovery motions and provide recommendations to the Court. This Court will endeavor to provide motion hearing dates within 60 days of a request to set a motion for hearing, ensuring for proper notice and within a reasonable Code-compliant time frame for motions for summary judgment/adjudication of issues.

**IT IS SO ORDERED.**

Eddie C. Sturgeon

Dated: 8-22-22

JUDGE OF THE SUPERIOR COURT

Judge Eddie C Sturgeon