# EXHIBIT 5

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

DEPARTMENT 63 HON. KATHERINE BACAL, JUDGE

| | |
|---|---|
| JOHN LS ROE SD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT DOE DIOCESE; DEFEDANT DOE DIOCESE 2, DEFENDANT DOE SCHOOL DISTRICT, and DOES 4 through 100,<br><br>Defendant. | CASE No. 37-2022 00050286-CU-PO-CTL<br><br>***CERTIFIED TRANSCRIPT*** |

REPORTER'S TRANSCRIPT

SEPTEMBER 30, 2026

PAGES 1 THROUGH 18

APPEARANCES:

FOR PLAINTIFF: ZALKIN LAW LLP
BY: DEVIN STOREY, ESQ.
10590 W OCEAN AIR DRIVE, SUITE 175
SAN DIEGO, CALIFORNIA 92130

WILSON TURNER KOSMO LLP
BY: MORGAN STEWART, ESQ.
402 W BROADWAY, SUITE 1600
SAN DIEGO, CALIFORNIA 92101

BY: PRESTON BROCK, ESQ.
3322 COLUMBUS GROVE DRIVE
TUSTIN, CALIFORNIA 92782

PAUL MONES
BY: COURTNEY KIEHL, ESQ
840 APOLLO STREET, SUITE 100
EL SEGUNDO, CALIFORNIA 90245

APPEARANCES (CONTINUED)

PANISH SHEA RAVIPUDI LLP
BY: NEDA SAGHAFI, ESQ.
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CALIFORNIA 90025

HERMAN LAW
BY: BLAKE WOODHALL, ESQ.
4655 EXECUTIVE DRIVE, SUITE 360
SAN DIEGO, CALIFORNIA 92121

FOR DEFENDANTS: GREENE & ROBERTS LLP
BY: RYAN BLACKSTONE-GARDNER, ESQ.
402 W BROADWAY, SUITE 1025
SAN DIEGO, CALIFORNIA 92101

FULLERTON LEMANN SCHAEFER & DOMINICK LLP
BY: DAVID P. COLELLA, ESQ.
PO BOX 1271
SAN BERNARDINO, CALIFORNIA 92402

WATSON & MACHADO LLP
BY: TIM WATSON, ESQ.
633 MENLO AVENUE, SUITE 230
MENLO PARK, CALIFORNIA 94025

DOLEN, TUCKER, TIERNEY & ABRAHAM
BY: RAYMOND DOLEN, ESQ.
1710 PLUM LANE, SUITE A
REDLANDS, CALIFORNIA 92374

BORDIN SEMMER LLP
BY: JUSTIN SPEARMAN, ESQ.
101 CONTINENTAL BOULEVARD, SUITE 700
EL SEGUNDO, CALIFORNIA 90245

KELLY TROTTER & FRANZEN
BY: TOBIN J. TROBOUGH, ESQ.
PO BOX 22636
LONG BEACH, CALIFORNIA 90801

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
BY: DANIEL ZAMORA, ESQ.
475 SANSOME STREET, SUITE 510
SAN FRANCISCO, CALIFORNIA 94111

DENTONS US LLP
BY: NORMAN D. ASPIS, ESQ.
4655 EXECUTIVE DRIVE, SUITE 700
SAN DIEGO, CALIFORNIA 92121

APPEARANCES (CONTINUED)

CLARK HILL LLP
BY: ELIZABETH EVANS, ESQ.
555 S FLOWER STREET, SUITE 2400
LOS ANGELES, CALIFORNIA 90071

SKANE MILLS LLP
BY: ARLEN PRINTZ, ESQ.
550 S HOPE STREET, SUITE 410
LOS ANGELES, CALIFORNIA 90071

LAW OFFICE OF JAMES BYRNES
BY: JAMES BYRNES, ESQ.
424 F STREET, SUITE 201
SAN DIEGO, CALIFORNIA 92101

REPORTED BY: AMANDA VALENZUELA, CSR NO. 14196
CERTIFIED SHORTHAND REPORTER

Wednesday, September 30, 2026; San Diego, California; 1:32

-oOo-

THE COURT: Good afternoon, this is Judge Bacal. I am calling the Diocese JCCP cases and at the same time, calling Roe SD v. Doe Diocese. I do have a request for appointment of court reporter. The request form included the court reporter's name and license number. I've stated this on the record to comport with the current statute.

And how about lead counsel, appearances.

MR. STOREY: Good morning, your Honor.

Devin Storey for plaintiffs -- or good afternoon.

THE COURT: How about for Diocese?

MR. COLELLA: Yes. Good afternoon, your Honor.

David Colella on behalf of the Roman Catholic Bishop of San Bernardino.

THE COURT: All right. School district, any appearance?

How about -- I think there's a purported add-on case or maybe, Mr. Storey, you are counsel on that, too.

Is -- everybody else, hopefully, has made appearances either by e-mailing it to liaison counsel or through the chat function?

I don't know where we are, frankly. I haven't seen anything since -- other than the notice, as to what's happened in San Bernardino, I haven't seen anything else. I haven't seen anything related to the

# Pages omitted

your Honor, because we also were not served with notice of the status conference being moved and the OSC being moved to today's date.

THE COURT: Okay.

MS. EVANS: It appears that the coordinated cases stipulated to move it, and we were never served with notice of that. In fact, I discovered that on the Court's docket when I tried to appear for the hearing.

MR. STOREY: Your Honor, that sounds like an oversight on my part. We were asked to file the stipulation to move it, and I filed it and served it -- and, apparently, Ms. Evans is not on that because they're not coordinated, so that's my fault.

THE COURT: So from now on you will get -- we'll add you to the list, okay?

MS. EVANS: Yes, your Honor.

THE COURT: Okay. Now, where are we?

MR. STOREY: Okay. Couple things.

Really, as to the Diocese of San Diego, still nothing to report. That case remains in bankruptcy. So if at some point in the future there's anything to talk about with the Court, we'll come to you, but for now, those cases I think are still stayed, and there's nothing to be done.

With respect to San Bernardino, we did have the hearing with the San Bernardino court on September 15th, and at that time we learned there may have been a clerical error in the order sending the cases back to

San Bernardino for trial. One of the cases identified was the Contreras case, which is not one we had released from stay, and instead the John Roe 18 case was omitted from the order.

THE COURT: Oh.

MR. STOREY: So I would propose to submit an amended order to clarify that and to return the Contreras case back to the stay and to move the John Roe 18 case over to San Bernardino --

THE COURT: I have to admit, I did not look up each case number again individually. I relied on what I was -- what was put in front of me. So we'll take care of it.

MR. STOREY: Thank you, your Honor.

THE COURT: Do you have trial dates?

MR. STOREY: So we had the meeting with presiding out in San Bernardino, and what we were told is there would be no trial dates prior to April of 2028.

THE COURT: Holy moly. That's the technical -- just so you know, that's the official technical term, "holy moly."

MR. STOREY: That was my response to him. Same technical term.

So the Court anticipates having another status conference, I think, in November, and they'll start firming up which case goes fist, but the Court is trying those in Department 1 one after the other at this point, or that's what we've been informed. And I think these

cases are going to remain here for some period of time until I think we get through summary judgment, or the time for summary judgment has passed. So --

THE COURT: Just so you know, we have trial -- we have trial dates available here. Just so you know, we can get it tried this year, if anybody were interested.

MR. STOREY: That brings me, your Honor, to the next point, which is with trial dates being so far out, we don't think those bellwether cases are going to do what we had hoped they'd do, in terms of force settlement. So I've been in discussion with Mr. Colella about choosing additional bellwether cases and maybe those to go to trial in this department.

I know the Court's feeling about having things dropped off at the department with nothing in writing, so Mr. Colella and I talked about maybe putting together some briefing. I could file a brief; he could file a brief, and then we could show up back in the court, and the Court could decide whether to --

THE COURT: I'd just like to look ahead of time, and as I think you all know, my preference is to take a stipulation, if at all possible, but at least to be able to look in to the cases to see your thinking on why you are picking what you are picking, rather than simply do something randomly. So we can do that.

MR. STOREY: But what we had proposed, I think jointly, is I could file a brief on the plaintiff

# Pages omitted

STATE OF CALIFORNIA )
: SS.
COUNTY OF SAN DIEGO )

I, Amanda Valenzuela, Certified Shorthand Reporter for the State of California, in and for the County of San Diego, do hereby certify:

That as such reporter, I reported in machine shorthand the proceedings held in the foregoing case;

That my notes were transcribed into computer format under my direction, and the proceedings held on September 30, 2026, contained within pages 1 through 18 are a true and correct transcription.

Dated this 28th day of October, 2026.

____________________________
Amanda Valenzuela
CSR No. 14196
Certified Shorthand Reporter