Irwin M. Zalkin, SBN 89957
Devin M. Storey, SBN 234271
The Zalkin Firm, LLP
10590 West Ocean Air Drive, Suite 175
San Diego CA 92130
Tel: 858-259-3011
Fax: 858-259-3015
Email: Irwin@zalkin.com
dms@zalkin.com

*Counsel to Claimants No. 20059, 20061, 20064, 20076, 20091, 20123, 20124, 20131, 20132, 20138, 20659, 20726, 20728, 20731, 20736, 20762, and 20775*

[*Additional parties, counsel identified on signature pages*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California Corporation Sole,<br><br>Debtor. | Case No. 3:26-cv-05985-CAB-JLB<br><br>**JOINDER OF CERTAIN CLAIMANTS IN COMMITTEE'S OPPOSITION TO CMG'S MOTION TO FIX VENUE**<br><br>(Related Bankruptcy Case No. 24-02202-CL11, Hon. Christopher B. Latham)<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Jill L. Burkhardt<br>Motion Date: November 24, 2026 |

Certain sex-abuse claimants in this chapter 11 proceeding who are represented by the undersigned counsel (the "**Certain Claimants**"), by and through their respective undersigned counsel, hereby submit this joinder to the opposition (the "**Opposition**") of the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case (the "**Committee**") to the *Motion to Fix Venue Under 28 U.S.C. §§ 157(b)(5) and 1334(b) and to Refer Claim Objections to Bankruptcy Court for Proposed Findings and Conclusions* [Doc. No. 1] (the "**Motion**") filed by CMG,[1] and respectfully state as follows:

## Joinder

1. Each of the Certain Claimants individually filed a survivor proof of claim in the Bankruptcy Case that is subject to the Motion and listed on Exhibit 1 thereto.

2. Each of the Certain Claimants individually hereby joins in the Opposition and adopts the arguments set forth therein, each of which is incorporated here by reference as though fully set forth herein. For the reasons set forth in the Opposition, the Motion should be denied.

[*remainder of page intentionally left blank*]

---

[1] Terms capitalized but not defined herein have the meaning ascribed to them in the Opposition.

DATED: November 16, 2026

Respectfully submitted,

By: */s/ Devin M. Storey*

Irwin M. Zalkin, SBN 89957
Devin M. Storey, SBN 234271
Alexander S. Zalkin, SBN 280831
Hunter Haddock, SBN 355050
The Zalkin Firm, LLP
10590 West Ocean Air Drive, Suite 175
San Diego CA 92130
Tel: 858-259-3011
Fax: 858-259-3015
Email: Irwin@zalkin.com
dms@zalkin.com
alex@zalkin.com
hunter@zalkin.com

*Counsel to Claimants No. 20059, 20061, 20064, 20076, 20091, 20123, 20124, 20131, 20132, 20138, 20659, 20726, 20728, 20731, 20736, 20762, and 20775*

By: */s/Erika J. Scott*

Erika J. Scott, Esq. (SBN 244724)
WINER, BURRITT, SCOTT & JACOBS, LLP
1901 Harrison Street, Suite 1100
Oakland, CA 94612
Tel: (510) 433-1000
Fax: (510) 433-1001
Email: erika@wbslawyers.com

*Counsel to Claimants No. 20252, 20331, 20481 (20329), and 20757 (20724)*

By: */s/ Morgan A. Stewart*

MANLY, STEWART, FINALDI & THOM
MORGAN A. STEWART

*Counsel to Claimants No. 20144, 20148, 20149, 20154, 20155, 20173, 20183, 20367, 20368 (20324), 20493, and 20707*

By: */s/Arin R. Scapa*
BOUCHER LLP
Arin R. Scapa

*Counsel to Claimants No. 20344, 20371, 20562, and 20592*

By: ______________________________

Blake Woodhall, Esq., SBN 192614
Herman Law
24151 Ventura Boulevard, Suite 230
Calabasas, CA 91302
Telephone: (305) 931-2200
Email: bwoodhall@hermanlaw.com

*Counsel to Claimants No. 20288, 20290, 20293, 20296, 20301, and 20309*

By: /s/James Byrnes

JAMES BYRNES (SBN 154882)
The Law Office of James Byrnes
424 F Street, Suite 201
San Diego, CA 92101
Tel. (619) 544-1477
Fax (619) 393-0165

*Counsel to Claimants No. 20205 (20189), 20209 (20194), 20210 (20195), and 20475 (20197; 20212)*

By: /s/Peter de la Cerda
Pedro "Peter" de la Cerda (SBN 249085)
Edwards & de la Cerda, PLLC
1341 W. Mockingbird Ln., Suite 580W
Dallas, TX 75247
214.888.6502
peter@edwardsdelacerda.com

*Counsel to Claimants No. 20218, 20316, 20318, and 20319*

By: */s/ Anthony Modarelli*

Anthony C. Modarelli III, Esq.
DiMarco | Araujo | Montevideo
1324 N. Broadway
Santa Ana, CA 92706
P: (714) 835-6990
E: amodarelli@damfirm.com

*Counsel to Claimant No. 20717 (20009; 20286)*

By: */s/Vache Muradian*
Vache Muradian, Esq., SBN 341219
SLATER SLATER SCHULMAN
8383 Wilshire Blvd, Suite 255
Beverly Hills, CA 90211
Tel: 310-341-2086
Email: vmuradian@sssfirm.com

*Counsel to Claimants No. 20610, 20614, 20617, 20626, 20643, 20645, 20646, 20654, 20666, 20675, 20678, 20780 (20681), and 20781 (20682)*

By: ______________________________

Madison Budinich, SBN 368224
Pfau Cochran Vertetis Amala PLLC
11111 Santa Monica Blvd., Suite 955
Los Angeles, CA 90025
Tel: 310-294-8833
Fax: 310-294-8829
Email: mbudinich@pcvalaw.com

*Counsel to Claimants No. 20704 and 20710*

By: */s/ Richard E. Donahoo*

Richard E. Donahoo (SBN 186957)
William E. Donahoo (SBN 322020)
DONAHOO & ASSOCIATES, PC
440 W. First Street, Suite 101
Tustin, California 92780
Telephone (714) 953–1010
Facsimile (714) 953–1777
Email: rdonahoo@donahoo.com
wdonahoo@donahoo.com

Leander L. James (ID Bar #4800)
Craig K. Vernon (ID Bar #5514)
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Ph: (208) 667-0683
Fx: (208) 664-1684
Email: ljames@jvwlaw.net
cvernon@jvwlaw.net

*Counsel to Claimants No. 20485, 20486, and 20489*



By: ______________________________

Brian J. Dunn, SBN 103009
Brian J. Dunn, A Professional Law Corporation
5255 College Gardens Court
San Diego, CA 92115
Tel: 858-945-2752
Email: bdunnatty@aol.com
jarboe@lawyerofsandiego.com

*Counsel to Claimant No. 20774*

By: */s/Anthony M. DeMarco*
Anthony M. DeMarco, Esq.
DeMARCO LAW FIRM
133 W Lemon Ave
Monrovia, CA 91016
Telephone: 1.626.844.7700

*Counsel to Claimants No. 20356 and 20360*

By: */s/Michael G. Finnegan*
Mike Reck, SBN 209895
Michael G. Finnegan, SBN 241091
Stacey Benson
JEFF ANDERSON & ASSOCIATES, PA
12011 San Vicente Blvd, Ste 700
Los Angeles, CA 90049
Tel: 310-357-2425
Fax: 651-297-6543
Email: mike@andersonadvocates.com
mreck@andersonadvocates.com
stacey@andersonadvocates.com

*Counsel to Claimants No. 20243, 20248, 20253, 20266, 20268, 20270, 20271, 20297, 20579 (20018), 20583 (20019), 20588 (20021), 20593 (20028), 20597 (20033), 20599 (20036), 20601 (20038), 20602 (20039), and 20722*

By: */s/Susan M. Ulrich*

Susan M. Ulrich, Esquire
Waters Kraus Paul & Siegel, LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Email: sulrich@waterskraus.com

*Counsel to Claimant No. 20157*

**CERTIFICATION OF COUNSEL UNDER ECF MANUAL § 2.f.4**

I hereby certify under section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California that the content of this document is acceptable to the counsel whose signatures are reflected above and that counsel has authorized their electronic signatures on this document.

DATED: November 16, 2026 By: */s/ Devin M. Storey*