Irwin M. Zalkin, SBN 89957
Devin M. Storey, SBN 234271
The Zalkin Firm, LLP
10590 West Ocean Air Drive, Suite 175
San Diego CA 92130
Tel: 858-259-3011
Fax: 858-259-3015
Email: Irwin@zalkin.com
dms@zalkin.com

*Counsel to Claimants No. 20059, 20061, 20064, 20076, 20091, 20123, 20124, 20131, 20132, 20138, 20659, 20726, 20728, 20731, 20736, 20762, and 20775*

[*Additional parties, counsel identified on signature pages*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California Corporation Sole,<br><br>Debtor. | Case No. 3:26-cv-05985-CAB-JLB<br><br>**SUPPLEMENT TO JOINDER OF CERTAIN CLAIMANTS IN COMMITTEE'S OPPOSITION TO CMG'S MOTION TO FIX VENUE**<br><br>(Related Bankruptcy Case No. 24-02202-CL11, Hon. Christopher B. Latham)<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Jill L. Burkhardt<br>Motion Date: ______________________ |

On November 16, 2026, certain sex-abuse claimants in this chapter 11 proceeding by and through their respective counsel, filed a *Joinder of Certain Claimants in Committee's Opposition to CMG's Motion to Fix Venue* [Doc. No. 12] (the "**Joinder**") to the opposition [Doc. No. 10] (the "**Opposition**") of the Official Committee of Unsecured Creditors in the above captioned-bankruptcy case (the "**Committee**") to the *Motion to Fix Venue Under 28 U.S.C. §§ 157(b)(5) and 1334(b) and to Refer Claim Objections to Bankruptcy Court for Proposed Findings and Conclusions* [Doc. No. 1] (the "**Motion**") filed by CMG.[1] Additional sex-abuse claimants in the chapter 11 proceeding ("**Certain Claimants**"), by and through their respective undersigned counsel, hereby submit this supplement to the Joinder to join the Opposition, and respectfully represent as follows:

**<u>Introduction</u>**

1. Each of the Certain Claimants individually filed a survivor proof of claim in the Bankruptcy Case that is subject to the Motion and listed on Exhibit A thereto.

2. Each of the Certain Claimants individually hereby joins in the Opposition and adopts the arguments set forth therein, each of which is incorporated here by reference as though fully set forth herein. For the reasons set forth in the Opposition, the Motion should be denied.

[*remainder of page intentionally left blank*]

---

[1] Terms capitalized but not defined herein have the meaning ascribed to them in the Opposition.

DATED: November 20, 2026

Respectfully submitted,

By: *Devin M. Storey*

Irwin M. Zalkin, SBN 89957
Devin M. Storey, SBN 234271
Alexander S. Zalkin, SBN 280831
Hunter Haddock, SBN 355050
The Zalkin Firm, LLP
10590 West Ocean Air Drive, Suite 175
San Diego CA 92130
Tel: 858-259-3011
Fax: 858-259-3015
Email: Irwin@zalkin.com
dms@zalkin.com
alex@zalkin.com
hunter@zalkin.com

*Counsel to Claimants No. 20059, 20061, 20064, 20076, 20091, 20123, 20124, 20131, 20132, 20138, 20659, 20726, 20728, 20731, 20736, 20762, and 20775*

DATED: November 16, 2026

Respectfully submitted,

By: ______________________________

Anne Andrews
ANDREWS & HIGGINS
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: aa@andrewshiggins.com

*Counsel to Claimants No. 20175 & 20177*

DATED: November 16, 2026

Respectfully submitted,

By: s/Joseph H Saunders

Joseph H. Saunders, SBN 101927
Board Certified Civil Trial Lawyer
Saunders & Walker P.A.
1901 Avenue of the Stars
2nd Floor
Los Angeles, CA 90067

*Counsel to Claimant No. 20015*

**CERTIFICATION OF COUNSEL UNDER ECF MANUAL § 2.f.4**

I hereby certify under section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California that the content of this document is acceptable to the counsel whose signatures are reflected above and that counsel has authorized their electronic signatures on this document.

DATED: November 20, 2026 By: Devin M. Storey