Irwin M. Zalkin, SBN 89957
Devin M. Storey, SBN 234271
The Zalkin Firm, LLP
10590 West Ocean Air Drive, Suite 175
San Diego CA 92130
Tel: 858-259-3011
Fax: 858-259-3015
Email: Irwin@zalkin.com
dms@zalkin.com

*Counsel to Claimants No. 20059, 20061, 20064, 20076, 20091, 20123, 20124, 20131, 20132, 20138, 20659, 20726, 20728, 20731, 20736, 20762, and 20775*

[*Additional parties*, *counsel identified on signature pages*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California Corporation Sole,<br><br>Debtor. | Case No. 3:26-cv-05985-CAB-JLB<br><br>**PROOF OF SERVICE RE: SUPPLEMENT TO JOINDER OF CERTAIN CLAIMANTS IN COMMITTEE'S OPPOSITION TO CMG'S MOTION TO FIX VENUE**<br><br>(Related Bankruptcy Case No. 24-02202-CL11, Hon. Christopher B. Latham)<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Jill L. Burkhardt<br>Motion Date:________________________ |

I, **Laura Gayon**, am employed in the city and county of San Diego, State of California. I am over the age of 18 and not a party to the action; my business address is 10590 W. Ocean Air Drive, Suite 175, San Diego, California 92130.

On **November 20, 2026**, I caused to be served:

**SUPPLEMENT TO JOINDER OF CERTAIN CLAIMANTS IN COMMITTEE'S OPPOSITION TO CMG'S MOTION TO FIX VENUE**

SEE ATTACHMENT

XX (BY E-MAIL OR ELECTRONIC TRANSMISSION) Using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing to the persons at the emails listed above. I did not receive, within a reasonable time after the transmission, any electronic messages or other indication that the transmissions were unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 20th of November 2026, at San Diego, California.

Laura M. Gayon

**3:26-cv-05985-CAB-JLB** In Re The Roman Catholic Bishop of San Diego
Cathy Ann Bencivengo, presiding
Jill L. Burkhardt, referral
**Date filed:** 10/20/2026
**Date of last filing:** 11/20/2026

# Attorneys

| | | |
|---|---|---|
| **Megan M. Adeyemo**<br>Gordon Rees Scully Mansukhani, LLP<br>2200 Ross Avenue<br>Suite 3700<br>Dallas, TX 75201<br>214-231-4660<br>madeyemo@gordonrees.com<br>*Assigned: 11/19/2026*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | representing | **The Roman Catholic Bishop of San Diego**<br>*(In Re)* |
| **Jeffrey D Cawdrey**<br>Gordon & Rees<br>101 West Broadway<br>Suite 1600<br>San Diego, CA 92101<br>(619)696-6700<br>(619)696-7124 (fax)<br>jcawdrey@gordonrees.com<br>*Assigned: 11/19/2026*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **The Roman Catholic Bishop of San Diego**<br>*(In Re)* |
| **Everett J. Cygal**<br>ArentFox Schiff<br>233 South Wacker Drive<br>Suite 7100<br>Chicago, IL 60606<br>312-258-5783<br>312-258-5600 (fax)<br>everett.cygal@afslaw.com<br>*Assigned: 10/21/2026*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | representing | **Catholic Relief Insurance Company**<br>*(Petitioner)* |
| | | **The Catholic Mutual Relief Society of America**<br>*(Petitioner)* |

| | | |
|---|---|---|
| **Sasha M. Gurvitz**<br>KTBS Law LLP<br>1801 Century Park East<br>26th Floor<br>Los Angeles, CA 90067<br>310-407-4032<br>310-407-9090 (fax)<br>sgurvitz@ktbslaw.com<br>*Assigned: 11/16/2026*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Official Committee of Unsecured Creditors**<br><br>KTBS Law LLP<br>1801 Century Park East<br>Suite 2600, CA 90067<br>3104074000<br>*(Interested Party)* |
| **Aram Ordubegian**<br>ArentFox Schiff LLP<br>555 South Flower Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-629-7400<br>213-629-7401 (fax)<br>Ordubegian.Aram@ArentFox.com<br>*Assigned: 10/20/2026*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Catholic Relief Insurance Company**<br>*(Petitioner)* |
| | | **The Catholic Mutual Relief Society of America**<br>*(Petitioner)* |
| **Daniel J. Schufreider**<br>ArentFox Schiff, LLP<br>233 South Wacker Drive<br>Suite 7300<br>Chicago, IL 60606<br>312-258-5669<br>312-258-5600 (fax)<br>daniel.schufreider@afslaw.com<br>*Assigned: 10/21/2026*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | representing | **Catholic Relief Insurance Company**<br>*(Petitioner)* |
| | | **The Catholic Mutual Relief Society of America**<br>*(Petitioner)* |
| **Christopher K.S. Wong**<br>ArentFox Schiff LLP<br>555 South Flower Street<br>43rd Floor | representing | **Catholic Relief Insurance Company**<br>*(Petitioner)* |

Los Angeles, CA 90071
213-629-7400
213-629-7401 (fax)
christopher.wong@afslaw.com
*Assigned: 10/20/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**The Catholic Mutual Relief Society of America**
*(Petitioner)*

---