Everett J. Cygal (*pro hac vice*)
Daniel J. Schufreider (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
233 South Wacker Drive, Suite 7300
Chicago, IL 60606
Telephone: 312.258.5500
Facsimile: 312.258.5600
everett.cygal@afslaw.com
daniel.schufreider@afslaw.com

Aram Ordubegian (SBN 185142)
Christopher K.S. Wong (SBN 308048)
**ARENTFOX SCHIFF LLP**
555 South Flower Street, 43rd Floor
Los Angeles, CA 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401
aram.ordubegian@afslaw.com
christopher.wong@afslaw.com

Counsel for Petitioners The Catholic Mutual Relief Society of America and Catholic Relief Insurance Company

Thomas E. Patterson (SBN 130723)
Daniel J. Bussel (SBN 121939)
Samuel M. Kidder (SBN 284015)
Sasha M. Gurvitz (SBN 301650)
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
tpatterson@ktbslaw.com
dbussel@ktbslaw.com
skidder@ktbslaw.com
sgurvitz@ktbslaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION**

In re

THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California Corporation Sole,

Debtor.

Case No. 3:26-cv-05985-CAB-JLB

**JOINT MOTION OF CATHOLIC MUTUAL AND THE COMMITTEE TO MODIFY THE BRIEFING SCHEDULE FOR CATHOLIC MUTUAL'S MOTION TO FIX VENUE UNDER 28 U.S.C.§§ 157(b)(5) AND 1334(b)**

(Related Bankruptcy Case No. 24-02202-CL11, Hon. Christopher B. Latham)

Judge: Hon. Cathy Ann Bencivengo
Magistrate Judge: Hon. Jill L. Burkhardt

Petitioners the Catholic Mutual Relief Society of America and Catholic Relief Insurance Company (together "Catholic Mutual") and Respondent the Official Committee of Unsecured Creditors in the bankruptcy case of the Roman Catholic Bishop of San Diego ("Committee") jointly move for a modification of the briefing schedule entered by the Court on October 26, 2026 [Dkt. 6] as follows:

1. On October 20, 2026, Catholic Mutual filed its *Motion to Fix Venue Under 28 U.S.C. §§ 157(b)(5) and 1334(b) and to Refer Claim Objections to Bankruptcy Court for Proposed Findings and Conclusions* [Dkt. 1] (the "Motion").

2. On October 26, 2026, the Court entered a Briefing Schedule in connection with the Motion [Dkt. 6], setting November 16, 2026 as the date for any opposition and November 23, 2026 as the date for any reply.

3. On November 16, 2026, the Official Committee of Unsecured Creditors ("Committee") in the bankruptcy case of the Roman Catholic Bishop of San Diego ("Debtor" or "Diocese"), currently pending in the United States Bankruptcy Court for the Southern District of California (Case No. 24-bk-02202-11, the "Bankruptcy Court"), filed a twenty-five page opposition to the Motion. [Dkt. 10]

4. Also on November 16, 2026, the Diocese filed a Limited Joinder to Catholic Mutual's Motion. [Dkt. 7.]

5. Also on November 16, 2026, The Roman Catholic Services Corporation for Parishes and Schools of San Diego and Imperial Counties, and the Parishes and Schools in the Diocese's bankruptcy (collectively "Parishes") filed a ten-page document styled as a "Partial Joinder" to the Motion but that also seeks "a narrowed withdrawal of the reference under 28 U.S.C. § 157(d) with a § 157(c)(1) as to the pending claim objections" [Dkt. 8 at 2], which is separate and independent relief from that requested in Catholic Mutual's Motion.

6. Catholic Mutual and the Committee have engaged in discussions regarding the briefing schedule entered by this Court in connection with the Motion.

7. Due to the separate and independent nature of the relief requested by the Parishes, and additional filings this week by Catholic Mutual's counsel in other matters, Catholic Mutual and the Committee agree that a short extension of and modification to the briefing schedule entered by the Court is appropriate.

8. Catholic Mutual's counsel and the Committee's counsel jointly reached out to counsel for the Parishes, and counsel for the Parishes advised that they do not oppose this requested short extension of and modification to the briefing schedule.

Accordingly, Catholic Mutual and the Committee jointly request that the Court enter a modified scheduling order as follows:

1. No later than November 25, 2026, Catholic Mutual and the Parishes may file a reply that responds to the Committee's opposition;

2. No later than November 25, 2026, Catholic Mutual may file a separate reply in support of the Motion that responds to the separate and independent issues raised by the Parishes in the Parishes "Partial Joinder;" and

3. No later than November 25, 2026, the Committee may file a brief limited to responding to the separate and independent issues raised by the Parishes in the "Partial Joinder."

///

///

///

Respectfully submitted,

Dated: November 20, 2026

**ARENTFOX SCHIFF LLP**

By: */s/ Everett J. Cygal*
Everett J. Cygal
Daniel J. Schufreider
Aram Ordubegian
Christopher K.S. Wong

Counsel for Petitioner The Catholic Mutual Relief Society of America and Catholic Relief Insurance Company

Dated: November 20, 2026

**KTBS LAW LLP**

By: */s/ Sasha M. Gurvitz*
Thomas E. Patterson
Daniel J. Bussel
Samuel M. Kidder
Sasha M. Gurvitz

Counsel to the Official Committee of Unsecured Creditors

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the contents of this document is acceptable to Sasha M. Gurvitz, Counsel for the Official Committee of Unsecured Creditors, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: November 20, 2026

**ARENTFOX SCHIFF LLP**

By: */s/ Everett J. Cygal*
Everett J. Cygal