# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have electronically mailed the foregoing document to the non-CM/ECF participants indicated below:

| | |
|---|---|
| Paul J. Leeds (Bar No. 214309)<br>Shelby A. Poteet (Bar No. 297621)<br>Franklin Soto Leeds LLP<br>444 West C Street, Suite 300<br>San Diego, CA 92101<br>Tel: 619.872.2520<br>Fax: 619.566.0221<br>pleeds@fsl.law<br>spoteet@fsl.law<br><br>Attorneys for The Roman Catholic Services Corporation for Parishes and Schools of San Diego and Imperial Counties, and Parishes and Schools | Irwin M. Zalkin, SBN 89957<br>Devin M. Storey, SBN 234271<br>Alexander S. Zalkin, SBN 280831<br>Hunter Haddock, SBN 355050<br>The Zalkin Firm, LLP<br>10590 West Ocean Air Drive, Suite 175<br>San Diego CA 92130<br>Tel: 858-259-3011<br>Fax: 858-259-3015<br>Email: Irwin@zalkin.com<br>dms@zalkin.com<br>alex@zalkin.com<br>hunter@zalkin.com<br><br>Counsel to Claimants No. 20059, 20061, 20064, 20076, 20091, 20123, 20124, 20131, 20132, 20138, 20659, 20726, 20728, 20731, 20736, 20762, and 20775 |
| Erika J. Scott (SBN 244724)<br>Winer, Burritt, Scott & Jacobs, LLP<br>1901 Harrison Street, Suite 1100<br>Oakland, CA 94612<br>Tel: (510) 433-1000<br>Fax: (510) 433-1001<br>erika@wbslawyers.com<br><br>Counsel to Claimants No. 20252, 20331, 20481 (20329), and 20757 (20724) | Morgan A. Stewart<br>Manly, Stewart, Finaldi & Thom<br>19100 Von Karman Ave Ninth Fl.,<br>Irvine, CA 92612-6581<br>Phone: 949-252-9990<br>Fax: 949-252-9991<br>mstewart@manlystewart.com<br><br>Counsel to Claimants No. 20144, 20148, 20149, 20154, 20155, 20173, 20183, 20367, 20368 (20324), 20493, |

| | |
|---|---|
| | and 20707 |
| Arin R. Scapa (SBN 283400)<br>Boucher LLP<br>21600 Oxnard St, Ste 600<br>Woodland Hills, CA 91367-4903<br>Phone: 818-340-5400<br>Fax: 818-340-5401<br>scapa@boucher.la Counsel to<br><br>Claimants No. 20344, 20371, 20562, and 20592 | Blake Woodhall, SBN 192614<br>Herman Law<br>24151 Ventura Boulevard, Suite 230<br>Calabasas, CA 91302<br>Telephone: (305) 931-2200<br>bwoodhall@hermanlaw.com<br><br>Counsel to Claimants No. 20288, 20290, 20293, 20296, 20301, and 20309 |
| James Byrnes (SBN 154882)<br>The Law Office of James Byrnes<br>424 F Street, Suite 201<br>San Diego, CA 92101<br>Tel. (619) 544-1477<br>Fax (619) 393-0165<br>lawbyrnes@yahoo.com<br><br>Counsel to Claimants No. 20205 (20189), 20209 (20194), 20210 (20195), and 20475 (20197; 20212) | Pedro “Peter” de la Cerda (SBN 249085)<br>Edwards & de la Cerda, PLLC<br>1341 W. Mockingbird Ln., Suite 580W<br>Dallas, TX 75247<br>214.888.6502<br>peter@edwardsdelacerda.com<br><br>Counsel to Claimants No. 20218, 20316, 20318, and 20319 |
| Anthony C. Modarelli III, Esq.<br>DiMarco \| Araujo \| Montevideo<br>1324 N. Broadway<br>Santa Ana, CA 92706<br>P: (714) 835-6990<br>E: amodarelli@damfirm.com<br><br>Counsel to Claimant No. 20717 (20009; 20286) | Vache Muradian, Esq., SBN 341219<br>Slater Slater Schulman<br>8383 Wilshire Blvd, Suite 255<br>Beverly Hills, CA 90211<br>Tel: 310-341-2086<br>vmuradian@sssfirm.com<br><br>Counsel to Claimants No. 20610, 20614, 20617, 20626, 20643, 20645, 20646, 20654, 20666, 20675, 20678, 20780 (20681), and 20781 (20682) |
| Madison Budinich, SBN 368224<br>Pfau Cochran Vertetis Amala PLLC<br>11111 Santa Monica Blvd., Suite 955<br>Los Angeles, CA 90025<br>Tel: 310-294-8833 | Richard E. Donahoo (SBN 186957)<br>William E. Donahoo (SBN 322020)<br>Donahoo & Associates, PC<br>440 W. First Street, Suite 101<br>Tustin, California 92780 |

| | |
|---|---|
| Fax: 310-294-8829<br>mbudinich@pcvalaw.com<br><br>Counsel to Claimants No. 20704 and 20710 | Telephone (714) 953–1010<br>Facsimile (714) 953–1777<br>rdonahoo@donahoo.com<br>wdonahoo@donahoo.com<br><br>Leander L. James (ID Bar #4800)<br>Craig K. Vernon (ID Bar #5514)<br>James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814<br>Ph: (208) 667-0683<br>Fx: (208) 664-1684<br>Email: ljames@jvwlaw.net<br>cvernon@jvwlaw.net<br><br>Counsel to Claimants No. 20485, 20486, and 20489 |
| Brian J. Dunn, SBN 103009<br>Brian J. Dunn, A Professional Law Corporation<br>5255 College Gardens Court<br>San Diego, CA 92115<br>Tel: 858-945-2752<br>bdunnatty@aol.com<br>jarboe@lawyerofsandiego.com<br><br>Counsel to Claimant No. 20774 | Anthony M. DeMarco, Esq.<br>DeMarco Law Firm<br>133 W Lemon Ave<br>Monrovia, CA 91016<br>Telephone: 1.626.844.7700<br>anthony@demarcolawfirm.com<br><br>Counsel to Claimants No. 20356 and 20360 |
| Mike Reck, SBN 209895<br>Michael G. Finnegan, SBN 241091<br>Stacey Benson<br>Jeff Anderson & Associates, PA<br>12011 San Vicente Blvd, Ste 700<br>Los Angeles, CA 90049<br>Tel: 310-357-2425<br>Fax: 651-297-6543<br>mike@andersonadvocates.com<br>mreck@andersonadvocates.com<br>stacey@andersonadvocates.com | Susan M. Ulrich, Esquire<br>Waters Kraus Paul & Siegel, LLP<br>3141 Hood Street, Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 357-6244<br>sulrich@waterskraus.com<br><br>Counsel to Claimant No. 20157 |

| | |
|---|---|
| Counsel to Claimants No. 20243, 20248, 20253, 20266, 20268, 20270, 20271, 20297, 20579 (20018), 20583 (20019), 20588 (20021), 20593 (20028), 20597 (20033), 20599 (20036), 20601 (20038), 20602 (20039), and 20722 | |

Dated: November 20, 2026

**ARENTFOX SCHIFF LLP**

By: *<u>/s/ Everett J. Cygal</u>*
Everett J. Cygal